IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-40140
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

versus

TONY CHAVIS,

                                    Defendant - Appellant.

--------------------
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:01-CR-76
--------------------
July 29, 2002

Before BARKSDALE, DEMOSS and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

    The Federal Public Defender appointed to represent Tony Chavis has moved for leave to withdraw and has filed a brief as required by <u>Anders v. California</u>, 386 U.S. 738 (1967).  Chavis has received a copy of counsel's brief and has not filed a response.  Our independent review of the record and counsel's <u>Anders</u> brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED,

---

[*]  Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

counsel is excused from further responsibilities herein, and the
APPEAL IS DISMISSED.  5TH CIR. R. 42.2.